UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
LERESSA CROCKETT, ESQ.
Leressa Crockett Attorney at Law, LLC
13791 Hale Road
Oberlin, OHI 44074
Phone 862.703.6171  Fax 973.843.1066
ID 031552000
Attorney for Debtors

In Re:

Charles Braswell and
      Valerie Braswell

Case No.: __19-19407 JKS__

Judge: __J.K. Sherwood__

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by ___SN Servicing Corp___,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ **Other (explain your answer):**
Debtors made payments in the monthly amount specified by the mortgage lender. Principal shortfall may be the result of the monthly payment schedule specified by mortgage lender during bankruptcy as opposed to the once every two week payment schedule prior to bankruptcy. Debtors were not advised of the escrow shortfall.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 3/31/2020

/s/ Charles Braswell
Debtor's Signature

Date: 3/31/2020

/s/ Valerie Braswell
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*