Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19407−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Charles Braswell
65 Werner Place
Teaneck, NJ 07666

Valerie Braswell
65 Werner Place
Teaneck, NJ 07666

Social Security No.:
xxx−xx−8821

xxx−xx−3279

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/23/20 at 10:00 AM

to consider and act upon the following:

**54** − Creditor's Certification of Default (related document:22 Order on Motion to Reinstate Stay) filed by William M.E. Powers on behalf of U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust. Objection deadline is 03/30/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Powers, William)

**55** − Certification in Opposition to (related document:54 Creditor's Certification of Default (related document:22 Order on Motion to Reinstate Stay) filed by William M.E. Powers on behalf of U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust. Objection deadline is 03/30/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust) filed by Leressa Crockett on behalf of Charles Braswell, Valerie Braswell. (Crockett, Leressa)

Dated: 3/31/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court