Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19407−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Charles Braswell
65 Werner Place
Teaneck, NJ 07666

Valerie Braswell
65 Werner Place
Teaneck, NJ 07666

Social Security No.:
xxx−xx−8821

xxx−xx−3279

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/23/20 at 10:00 AM

to consider and act upon the following:

*54* − Creditor's Certification of Default (related document:22 Order on Motion to Reinstate Stay) filed by William M.E. Powers on behalf of U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust. Objection deadline is 03/30/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Powers, William)

*55* − Certification in Opposition to (related document:54 Creditor's Certification of Default (related document:22 Order on Motion to Reinstate Stay) filed by William M.E. Powers on behalf of U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust. Objection deadline is 03/30/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust) filed by Leressa Crockett on behalf of Charles Braswell, Valerie Braswell. (Crockett, Leressa)

Dated: 3/31/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Charles Braswell  
Valerie Braswell  
    Debtors

Case No. 19-19407-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 31, 2020  
                      Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.  
db/jdb        +Charles Braswell,    Valerie Braswell,    65 Werner Place,    Teaneck, NJ 07666-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor   Tiki Series IV Trust dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Leressa Crockett   on behalf of Joint Debtor Valerie Braswell Crockettlegal@gmail.com,  
           gconley103@gmail.com;crockettlr70262@notify.bestcase.com  
          Leressa Crockett   on behalf of Debtor Charles Braswell Crockettlegal@gmail.com,  
           gconley103@gmail.com;crockettlr70262@notify.bestcase.com  
          Marie-Ann Greenberg   magecf@magtrustee.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
          William M.E. Powers   on behalf of Creditor   U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust ecf@powerskirn.com  
          William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
          William M.E. Powers, III   on behalf of Creditor   U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust ecf@powerskirn.com  
          William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                       TOTAL: 9