UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Case No.: 19-19407

IN RE:

CHARLES BRASWELL
VALERIE BRASWELL

Adv. No.:

Hearing Date:

Judge:  JKS

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 01/21/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
CHARLES BRASWELL
VALERIE BRASWELL
65 WERNER PLACE
TEANECK, NJ  07666
Mode of Service:  Regular Mail

Attorney for Debtor(s):
LERESSA CROCKETT
LERESSA CROCKETT ATTORNEY AT LAW, LLC
13791 HALE ROAD
OBERLIN, OH  44074
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  January 21, 2022

By:  /S/  Jackie Michaels
Jackie Michaels