

```
              TEANECK
          751 PALISADE AVE
        TEANECK, NJ 07666-9998
             (800)275-8777
01/27/2022                      04:40 PM
-----------------------------------------
Product           Qty   Unit      Price
                        Price
-----------------------------------------
Priority Mail® 3-Day 1             $8.95
Window FR Env
    Memphis, TN 38101
    Flat Rate
    Expected Delivery Date
        Mon 01/31/2022
    Tracking #:
        9505 5150 3023 2027 4178 89
    Insurance                      $0.00
        Up to $50.00 included
Total                              $8.95

Grand Total:                       $8.95

Credit Card Remitted               $8.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX4021
    Approval #: 045102
    Transaction #: 315
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Not Required

***************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
   COVID-19. We appreciate your patience.
***************************************
```



```
              TEANECK
          751 PALISADE AVE
        TEANECK, NJ 07666-9998
             (800)275-8777
01/28/2022                      12:22 PM
-----------------------------------------
Product           Qty   Unit      Price
                        Price
-----------------------------------------
Priority Mail® 3-Day 1             $8.95
Sm Flat Rate Env
    Memphis, TN 38101
    Flat Rate
    Expected Delivery Date
        Tue 02/01/2022
    Tracking #:
        9505 5150 3021 2028 5228 43
    Insurance                      $0.00
        Up to $50.00 included
Total                              $8.95

Gift Card Value                   $25.00
    Description: Ulta Beauty Card
    #: ████████████████████756
    Approval #

Gift Card Activate  1              $0.00
    #: ████████████████████756
    Status: Activated

Grand Total:                      $33.95

Debit Card Remitted               $33.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX4021
    Approval #: 057064
```

Proof of mailing unprocessed checks.
One delivered. One in transit

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9505515030212028522843    Remove ✕

Your item has been delivered and is available at a PO Box at 6:42 am on February 2, 2022 in MEMPHIS, TN 38101.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, PO Box

February 2, 2022 at 6:42 am
MEMPHIS, TN 38101

Feedback

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9505515030232027417889                           Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

USPS Tracking Plus® Available ⌄

## In Transit, Arriving Late
February 2, 2022

Change Delivery Instructions ⌄

| | |
|---|---|
| Text & Email Updates | ⌄ |
| Delivery Instructions | ⌄ |
| Tracking History | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Feedback

| M&T Bank | PERSONAL MONEY ORDER | 501579297 |
|---|---|---|
| Manufacturers and Traders Trust Company | | |
| Buffalo, N.Y. 14240 | DATE 1/28/22 | |
| ORDER OF Marie Ann Greenberg, Standing Trustee Chapter 13 | $ 442.50 | |
| FOUR HUNDRED FORTY TWO and 50/100xxxxx USD | | |
| NOT VALID FOR MORE THAN $1,000 | NON-NEGOTIABLE | |
| 61753279 | 88 Sussex Pl, Teaneck NJ | |

recently processed check.