Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 10, 2024

**Chapter 13 Case # 19-19407**

Re:  CHARLES BRASWELL  
VALERIE BRASWELL  
65 WERNER PLACE  
TEANECK, NJ  07666

Atty:  LERESSA CROCKETT  
LERESSA CROCKETT ATTORNEY AT LAW, LLC  
13791 HALE ROAD  
OBERLIN, OH  44074

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $152,456.42**

## RECEIPTS     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/01/2019 | $150.00 | 5980666000 | 08/07/2019 | $150.00 | 6077138000 |
| 09/04/2019 | $150.00 | 6150968000 | 10/04/2019 | $150.00 | 6229058000 |
| 11/12/2019 | $150.00 | 6323090000 | 12/10/2019 | $150.00 | 6395363000 |
| 01/06/2020 | $150.00 | 6462038000 | 02/06/2020 | $200.00 | 6542479000 |
| 03/23/2020 | $150.00 | 6655023000 | 04/03/2020 | $690.00 | 6688561000 |
| 05/01/2020 | $444.00 | 6757311000 | 05/04/2020 | $444.00 | 6757347000 |
| 07/01/2020 | $444.00 | 6904796000 | 07/20/2020 | $444.00 | 6949563000 |
| 08/13/2020 | $444.00 | 7009612000 | 09/04/2020 | $127,874.42 | 4007189520 |
| 09/11/2020 | $444.00 | 7080233000 | 10/29/2020 | $444.00 | 7189989000 |
| 12/02/2020 | $444.00 | 7276904000 | 12/30/2020 | $444.00 | 7339350000 |
| 02/01/2021 | $444.00 | 7419705000 | 03/01/2021 | $444.00 | 7485794000 |
| 03/29/2021 | $444.00 | 7556194000 | 04/26/2021 | $444.00 | 7621920000 |
| 05/10/2021 | $444.00 | 7661547000 | 06/14/2021 | $444.00 | 7740106000 |
| 07/21/2021 | $444.00 | 7824886000 | 08/18/2021 | $444.00 | 7888066000 |
| 09/15/2021 | $444.00 | 7949084000 | 10/06/2021 | $444.00 | 7999419000 |
| 11/16/2021 | $444.00 | 8086226000 | 02/04/2022 | $442.50 | 5015792970 |
| 02/24/2022 | $442.00 | 4008031848 | 03/01/2022 | $442.50 | 4008031938 |
| 03/04/2022 | $739.00 | 27886325398 | 04/06/2022 | $450.00 | 27886337774 |
| 05/12/2022 | $450.00 | 27886339113 | 06/10/2022 | $450.00 | 27886360691 |
| 07/13/2022 | $450.00 | 27886366416 | 08/09/2022 | $450.00 | 27886368598 |
| 09/08/2022 | $450.00 | 27886382741 | 10/12/2022 | $450.00 | 27886391943 |
| 11/14/2022 | $450.00 | 27886389906 | 12/14/2022 | $450.00 | 27885207813 |
| 01/10/2023 | $450.00 | 27954017291 | 02/08/2023 | $450.00 | 28631558700 |
| 03/08/2023 | $450.00 | 28631564594 | 04/11/2023 | $450.00 | 28631900327 |
| 05/09/2023 | $450.00 | 28631574900 | 06/13/2023 | $450.00 | 28631912398 |
| 07/13/2023 | $450.00 | 28631904502 | 08/15/2023 | $450.00 | 28920587310 |
| 09/14/2023 | $450.00 | 2892594420 | 10/11/2023 | $450.00 | 29088982080 |
| 11/14/2023 | $450.00 | 29088984115 | 12/13/2023 | $450.00 | 29088992002 |

**Chapter 13 Case # 19-19407**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/23/2024 | $450.00 | 29088997648 | 02/13/2024 | $450.00 | 29285430390 |
| 03/15/2024 | $450.00 | 29237694401 | 04/18/2024 | $450.00 | 29382460064 |
| 05/08/2024 | $450.00 | 29408452198 | | | |

**Total Receipts: $152,610.42 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $152,610.42**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 11,143.41 | |
| ATTY | ATTORNEY | ADMIN | 1,750.00 | 100.00% | 1,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK NA | UNSECURED | 2,641.65 | * | 1,417.23 | |
| 0002 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | DSNB BLOOMINGDALES | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | FIRST NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | UNITED STATES TREASURY/IRS | PRIORITY | 8,419.55 | 100.00% | 8,419.55 | |
| 0006 | N J L | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,490.89 | * | 1,336.35 | |
| 0009 | WELLS FARGO CARD SERVICES | UNSECURED | 2,883.55 | * | 1,547.01 | |
| 0010 | WELLS FARGO N.A. PERSONAL LENDING | UNSECURED | 1,778.08 | * | 953.93 | |
| 0011 | US BANK TRUST NATIONAL ASSOC | MORTGAGE ARR | 112,874.42 | 100.00% | 112,874.42 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 491.89 | * | 263.90 | |
| 0015 | MERRICK BANK | UNSECURED | 1,345.80 | * | 722.01 | |
| 0016 | UNITED STATES TREASURY/IRS | UNSECURED | 21,461.19 | * | 11,513.82 | |
| 0017 | CAVALRY SPV I LLC | UNSECURED | 474.91 | * | 254.79 | |

**Total Paid: $152,196.42**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK NA | | | | | | |
| | 01/11/2021 | $36.26 | 863269 | 02/22/2021 | $32.30 | 864947 |
| | 03/15/2021 | $32.34 | 866797 | 04/19/2021 | $32.30 | 868481 |
| | 04/19/2021 | ($32.30) | 868481 | 04/19/2021 | $32.30 | 869688 |
| | 05/17/2021 | $32.34 | 870381 | 06/21/2021 | $65.16 | 872189 |
| | 07/19/2021 | $32.84 | 873987 | 09/20/2021 | $65.69 | 877399 |
| | 10/18/2021 | $32.85 | 879180 | 11/17/2021 | $33.18 | 880885 |
| | 01/10/2022 | $33.19 | 884176 | 03/14/2022 | $66.15 | 887572 |
| | 04/18/2022 | $89.71 | 889282 | 05/16/2022 | $34.17 | 890984 |
| | 06/20/2022 | $34.17 | 892672 | 07/18/2022 | $34.19 | 894394 |
| | 08/15/2022 | $34.17 | 895968 | 09/19/2022 | $34.17 | 897565 |
| | 10/17/2022 | $34.17 | 899232 | 11/14/2022 | $33.47 | 900808 |
| | 12/12/2022 | $33.47 | 902364 | 01/09/2023 | $33.46 | 903846 |
| | 02/13/2023 | $33.46 | 905376 | 03/13/2023 | $33.47 | 906989 |
| | 04/17/2023 | $33.47 | 908575 | 05/15/2023 | $33.46 | 910195 |
| | 06/12/2023 | $33.12 | 911659 | 07/17/2023 | $33.10 | 913180 |
| | 08/14/2023 | $33.11 | 914698 | 09/18/2023 | $33.12 | 916194 |
| | 10/16/2023 | $33.11 | 917676 | 11/13/2023 | $32.58 | 919114 |
| | 12/11/2023 | $32.57 | 920532 | 01/08/2024 | $32.59 | 921915 |
| | 02/12/2024 | $32.58 | 923268 | 03/11/2024 | $32.59 | 924718 |
| | 04/15/2024 | $32.57 | 926161 | 05/10/2024 | $32.58 | 927632 |

**Chapter 13 Case # 19-19407**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | | | | | | | |
| | 01/11/2021 | $6.52 | 862700 | | 02/22/2021 | $5.81 | 864215 |
| | 03/15/2021 | $5.81 | 866209 | | 04/19/2021 | $5.81 | 867760 |
| | 05/17/2021 | $5.81 | 869726 | | 06/21/2021 | $11.72 | 871483 |
| | 07/19/2021 | $5.90 | 873346 | | 09/20/2021 | $11.81 | 876754 |
| | 10/18/2021 | $5.90 | 878558 | | 11/17/2021 | $5.97 | 880267 |
| | 01/10/2022 | $5.97 | 883570 | | 03/14/2022 | $11.89 | 886976 |
| | 04/18/2022 | $16.12 | 888629 | | 05/16/2022 | $6.15 | 890407 |
| | 06/20/2022 | $6.14 | 892055 | | 07/18/2022 | $6.15 | 893824 |
| | 08/15/2022 | $6.14 | 895405 | | 09/19/2022 | $6.15 | 896969 |
| | 10/17/2022 | $6.14 | 898675 | | 11/14/2022 | $6.02 | 900251 |
| | 12/12/2022 | $6.01 | 901837 | | 01/09/2023 | $6.02 | 903336 |
| | 02/13/2023 | $6.02 | 904834 | | 03/13/2023 | $6.01 | 906461 |
| | 04/17/2023 | $6.01 | 908012 | | 05/15/2023 | $6.02 | 909691 |
| | 06/12/2023 | $5.95 | 911142 | | 07/17/2023 | $5.96 | 912663 |
| | 08/14/2023 | $5.95 | 914192 | | 09/18/2023 | $5.95 | 915676 |
| | 10/16/2023 | $5.95 | 917197 | | 11/13/2023 | $5.86 | 918623 |
| | 12/11/2023 | $5.87 | 920058 | | 01/08/2024 | $5.85 | 921468 |
| | 02/12/2024 | $5.85 | 922798 | | 03/11/2024 | $5.87 | 924269 |
| | 04/15/2024 | $5.85 | 925678 | | 05/10/2024 | $5.86 | 927187 |
| MERRICK BANK | | | | | | | |
| | 01/11/2021 | $18.47 | 863565 | | 02/22/2021 | $16.47 | 865319 |
| | 03/15/2021 | $16.46 | 867108 | | 04/19/2021 | $16.47 | 868845 |
| | 05/17/2021 | $16.46 | 870721 | | 06/21/2021 | $33.19 | 872532 |
| | 07/19/2021 | $16.74 | 874308 | | 09/20/2021 | $33.47 | 877756 |
| | 10/18/2021 | $16.73 | 879500 | | 11/17/2021 | $16.91 | 881211 |
| | 01/10/2022 | $16.91 | 884478 | | 03/14/2022 | $33.70 | 887889 |
| | 04/18/2022 | $45.70 | 889625 | | 05/16/2022 | $17.41 | 891311 |
| | 06/20/2022 | $17.41 | 893016 | | 07/18/2022 | $17.42 | 894691 |
| | 08/15/2022 | $17.40 | 896275 | | 09/19/2022 | $17.41 | 897894 |
| | 10/17/2022 | $17.41 | 899539 | | 11/14/2022 | $17.05 | 901107 |
| | 12/12/2022 | $17.05 | 902655 | | 01/09/2023 | $17.04 | 904151 |
| | 02/13/2023 | $17.06 | 905692 | | 03/13/2023 | $17.05 | 907296 |
| | 04/17/2023 | $17.04 | 908910 | | 05/15/2023 | $17.06 | 910490 |
| | 06/12/2023 | $16.86 | 911969 | | 07/17/2023 | $16.87 | 913493 |
| | 08/14/2023 | $16.87 | 915011 | | 09/18/2023 | $16.87 | 916509 |
| | 10/16/2023 | $16.87 | 917981 | | 11/13/2023 | $16.59 | 919428 |
| | 12/11/2023 | $16.60 | 920827 | | 01/08/2024 | $16.60 | 922208 |
| | 02/12/2024 | $16.60 | 923586 | | 03/11/2024 | $16.61 | 925021 |
| | 04/15/2024 | $16.58 | 926480 | | 05/10/2024 | $16.60 | 927914 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 01/11/2021 | $34.18 | 8002011 | | 01/11/2021 | $6.75 | 8002011 |
| | 02/22/2021 | $6.01 | 8002065 | | 02/22/2021 | $30.48 | 8002065 |
| | 03/15/2021 | $30.47 | 8002123 | | 03/15/2021 | $6.03 | 8002123 |
| | 04/19/2021 | $6.01 | 8002171 | | 04/19/2021 | $30.48 | 8002171 |
| | 05/17/2021 | $30.47 | 8002234 | | 05/17/2021 | $6.03 | 8002234 |
| | 06/21/2021 | $12.13 | 8002277 | | 06/21/2021 | $61.45 | 8002277 |
| | 07/19/2021 | $30.97 | 8002330 | | 07/19/2021 | $6.11 | 8002330 |
| | 09/20/2021 | $12.24 | 8002432 | | 09/20/2021 | $61.94 | 8002432 |
| | 10/18/2021 | $30.97 | 8002481 | | 10/18/2021 | $6.11 | 8002481 |
| | 11/17/2021 | $6.18 | 8002529 | | 11/17/2021 | $31.30 | 8002529 |
| | 01/10/2022 | $31.30 | 8002633 | | 01/10/2022 | $6.18 | 8002633 |
| | 03/14/2022 | $12.31 | 8002741 | | 03/14/2022 | $62.35 | 8002741 |
| | 04/18/2022 | $84.60 | 8002785 | | 04/18/2022 | $16.71 | 8002785 |
| | 05/16/2022 | $6.36 | 8002843 | | 05/16/2022 | $32.22 | 8002843 |
| | 06/20/2022 | $32.22 | 8002892 | | 06/20/2022 | $6.37 | 8002892 |
| | 07/18/2022 | $6.36 | 8002950 | | 07/18/2022 | $32.24 | 8002950 |
| | 08/15/2022 | $32.23 | 8002997 | | 08/15/2022 | $6.37 | 8002997 |
| | 09/19/2022 | $6.36 | 8003048 | | 09/19/2022 | $32.22 | 8003048 |
| | 10/17/2022 | $32.22 | 8003103 | | 10/17/2022 | $6.37 | 8003103 |
| | 11/14/2022 | $6.22 | 8003148 | | 11/14/2022 | $31.55 | 8003148 |
| | 12/12/2022 | $31.56 | 8003201 | | 12/12/2022 | $6.24 | 8003201 |
| | 01/09/2023 | $6.23 | 8003257 | | 01/09/2023 | $31.56 | 8003257 |
| | 02/13/2023 | $31.55 | 8003309 | | 02/13/2023 | $6.23 | 8003309 |
| | 03/13/2023 | $6.23 | 8003367 | | 03/13/2023 | $31.56 | 8003367 |
| | 04/17/2023 | $31.54 | 8003414 | | 04/17/2023 | $6.23 | 8003414 |
| | 05/15/2023 | $6.24 | 8003472 | | 05/15/2023 | $31.57 | 8003472 |
| | 06/12/2023 | $31.21 | 8003529 | | 06/12/2023 | $6.16 | 8003529 |
| | 07/17/2023 | $6.16 | 8003582 | | 07/17/2023 | $31.23 | 8003582 |
| | 08/14/2023 | $31.22 | 8003637 | | 08/14/2023 | $6.17 | 8003637 |
| | 09/18/2023 | $6.16 | 8003690 | | 09/18/2023 | $31.23 | 8003690 |
| | 10/16/2023 | $31.22 | 8003749 | | 10/16/2023 | $6.18 | 8003749 |
| | 11/13/2023 | $6.06 | 8003806 | | 11/13/2023 | $30.72 | 8003806 |
| | 12/11/2023 | $30.71 | 8003859 | | 12/11/2023 | $6.06 | 8003859 |
| | 01/08/2024 | $6.07 | 8003906 | | 01/08/2024 | $30.73 | 8003906 |
| | 02/12/2024 | $30.72 | 8003947 | | 02/12/2024 | $6.06 | 8003947 |
| | 03/11/2024 | $6.08 | 8003991 | | 03/11/2024 | $30.72 | 8003991 |
| | 04/15/2024 | $30.72 | 8004035 | | 04/15/2024 | $6.06 | 8004035 |
| | 05/10/2024 | $6.07 | 8004082 | | 05/10/2024 | $30.72 | 8004082 |

**Chapter 13 Case # 19-19407**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 09/21/2020 | $7,648.07 | 8001832 | | 10/19/2020 | $410.70 | 8001890 |
| | 12/21/2020 | $360.78 | 8002005 | | 12/21/2020 | $31.92 | 8002005 |
| | 01/11/2021 | $262.54 | 8002061 | | 02/22/2021 | $262.62 | 8002118 |
| | 03/15/2021 | $262.54 | 8002170 | | 04/19/2021 | $262.61 | 8002224 |
| | 05/17/2021 | $262.56 | 8002272 | | 06/21/2021 | $529.42 | 8002325 |
| | 07/19/2021 | $266.84 | 8002377 | | 09/20/2021 | $533.66 | 8002474 |
| | 10/18/2021 | $266.84 | 8002522 | | 11/17/2021 | $269.68 | 8002576 |
| | 01/10/2022 | $269.67 | 8002677 | | 03/14/2022 | $537.20 | 8002783 |
| | 04/18/2022 | $728.96 | 8002837 | | 05/16/2022 | $277.64 | 8002890 |
| | 06/20/2022 | $277.64 | 8002942 | | 07/18/2022 | $277.59 | 8002992 |
| | 08/15/2022 | $277.67 | 8003040 | | 09/19/2022 | $277.62 | 8003095 |
| | 10/17/2022 | $277.63 | 8003145 | | 11/14/2022 | $271.89 | 8003196 |
| | 12/12/2022 | $271.87 | 8003251 | | 01/09/2023 | $271.88 | 8003303 |
| | 02/13/2023 | $271.86 | 8003361 | | 03/13/2023 | $271.89 | 8003412 |
| | 04/17/2023 | $271.90 | 8003467 | | 05/15/2023 | $271.86 | 8003525 |
| | 06/12/2023 | $269.01 | 8003577 | | 07/17/2023 | $269.00 | 8003634 |
| | 08/14/2023 | $269.00 | 8003689 | | 09/18/2023 | $269.00 | 8003748 |
| | 10/16/2023 | $268.99 | 8003804 | | 11/13/2023 | $264.69 | 8003857 |
| | 12/11/2023 | $264.71 | 8003904 | | 01/08/2024 | $264.67 | 8003946 |
| | 02/12/2024 | $264.69 | 8003990 | | 03/11/2024 | $264.65 | 8004034 |
| | 04/15/2024 | $264.73 | 8004078 | | 05/10/2024 | $264.68 | 8004124 |
| US BANK TRUST NATIONAL ASSOC | | | | | | | |
| | 05/18/2020 | $207.35 | 848221 | | 06/15/2020 | $799.20 | 849907 |
| | 08/17/2020 | $410.70 | 853544 | | 09/21/2020 | $111,457.17 | 855314 |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 01/11/2021 | $39.58 | 864131 | | 02/22/2021 | $35.26 | 866107 |
| | 03/15/2021 | $35.29 | 867675 | | 04/19/2021 | $35.28 | 869595 |
| | 05/17/2021 | $35.28 | 871383 | | 06/21/2021 | $71.13 | 873239 |
| | 07/19/2021 | $35.85 | 874947 | | 09/20/2021 | $71.71 | 878455 |
| | 10/18/2021 | $35.85 | 880180 | | 11/17/2021 | $36.24 | 881844 |
| | 01/10/2022 | $36.23 | 885133 | | 03/14/2022 | $72.18 | 888534 |
| | 04/18/2022 | $97.94 | 890318 | | 05/16/2022 | $37.30 | 891944 |
| | 06/20/2022 | $37.30 | 893709 | | 07/18/2022 | $37.32 | 895326 |
| | 08/15/2022 | $37.28 | 896870 | | 09/19/2022 | $37.31 | 898560 |
| | 10/17/2022 | $37.31 | 900155 | | 11/14/2022 | $36.53 | 901730 |
| | 12/12/2022 | $36.53 | 903248 | | 01/09/2023 | $36.53 | 904742 |
| | 02/13/2023 | $36.53 | 906334 | | 03/13/2023 | $36.53 | 907904 |
| | 04/17/2023 | $36.53 | 909566 | | 05/15/2023 | $36.53 | 911052 |
| | 06/12/2023 | $36.14 | 912565 | | 07/17/2023 | $36.15 | 914091 |
| | 08/14/2023 | $36.14 | 915559 | | 09/18/2023 | $36.14 | 917092 |
| | 10/16/2023 | $36.14 | 918524 | | 11/13/2023 | $35.57 | 919967 |
| | 12/11/2023 | $35.55 | 921367 | | 01/08/2024 | $35.57 | 922715 |
| | 02/12/2024 | $35.57 | 924156 | | 03/11/2024 | $35.56 | 925571 |
| | 04/15/2024 | $35.57 | 927078 | | 05/10/2024 | $35.56 | 928451 |
| WELLS FARGO N.A. PERSONAL LENDING | | | | | | | |
| | 01/09/2023 | $136.57 | 904744 | | 02/13/2023 | $22.53 | 906336 |
| | 03/13/2023 | $22.53 | 907906 | | 04/17/2023 | $22.53 | 909568 |
| | 05/15/2023 | $22.51 | 911054 | | 06/12/2023 | $22.29 | 912567 |
| | 07/17/2023 | $22.30 | 914093 | | 08/14/2023 | $22.29 | 915561 |
| | 09/18/2023 | $22.28 | 917094 | | 10/16/2023 | $22.29 | 918526 |
| | 11/13/2023 | $21.93 | 919969 | | 12/11/2023 | $21.92 | 921369 |
| | 01/08/2024 | $21.93 | 922717 | | 02/12/2024 | $21.93 | 924158 |
| | 03/11/2024 | $21.94 | 925573 | | 04/15/2024 | $21.92 | 927079 |
| | 05/10/2024 | $21.93 | 928452 | | | | |

**Chapter 13 Case # 19-19407**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| WELLS FARGO SERVICING CENTER | | | | | | |
| | 01/11/2021 | $24.40 | 862732 | 02/22/2021 | $21.75 | 864250 |
| | 03/15/2021 | $21.76 | 866239 | 04/19/2021 | $21.75 | 867793 |
| | 05/17/2021 | $21.75 | 869755 | 06/21/2021 | $43.87 | 871514 |
| | 07/19/2021 | $22.11 | 873378 | 09/20/2021 | $44.21 | 876787 |
| | 10/18/2021 | $22.11 | 878586 | 11/17/2021 | $22.34 | 880295 |
| | 01/10/2022 | $22.34 | 883597 | 03/14/2022 | $44.52 | 887000 |
| | 04/18/2022 | $60.39 | 888656 | 05/16/2022 | $23.00 | 890430 |
| | 06/20/2022 | $23.00 | 892083 | 07/18/2022 | $23.01 | 893848 |
| | 08/15/2022 | $22.99 | 895427 | 09/08/2022 | ($22.99) | 895427 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: June 10, 2024.

Receipts: $152,610.42     -     Paid to Claims: $139,303.01     -     Admin Costs Paid: $12,893.41     =     Funds on Hand: $414.00

Base Plan Amount: $152,456.42     -     Receipts: $152,610.42     =     Total Unpaid Balance: **($154.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.